**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Gregory O. Dash, Appellant.

Appellate Case No. 2017-002017

_____

Appeal From Orangeburg County
Diane Schafer Goodstein, Circuit Court Judge

_____

Unpublished Opinion No. 2019-UP-017
Submitted November 1, 2018 – Filed January 9, 2019

_____

**APPEAL DISMISSED**

_____

Chief Appellate Defender Robert Michael Dudek, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Matthew C.
Buchanan, of the South Carolina Department of
Probation, Parole, and Pardon Services, both of
Columbia, for Respondent.

_____

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.